IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-MC-0020-MOC-DSC

| | |
|---|---|
| IN RE SUBPOENA TO KIA MOTORS AMERICA, INC., | ) ) ) |
| CELGARD, LLC, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SK INNOVATION CO., LTD., | ) ) |
| Defendant. | |

## ORDER

**THIS MATTER** is before the Court on Celgard, LLC's "Application to Compel Compliance with Subpoena …" (document #4), as well as the parties' associated briefs and exhibits. See documents ## 4, 6 and 7.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

The Court has carefully reviewed the record, authorities and the parties' arguments.

For the reasons stated in its briefs, Celgard, LLC's "Application to Compel Compliance with Subpoena …" (document #4); is **GRANTED**, as ordered below.

**NOW THEREFORE IT IS HEREBY ORDERED** that:

1. Celgard, LLC's "Application to Compel Compliance with Subpoena …" (document #4) is **GRANTED**. On or before March 31, 2014, Kia Motors America, Inc. shall permit the inspection sought by the subpoena. Celgard, LLC will pay the reasonable cost of its

inspection including the replacement cost of the battery. Celgard, LLC will conduct the inspection, including disassembly of the battery cells, at an appropriate facility.

2. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED.**

Signed: March 12, 2014

David S. Cayer
United States Magistrate Judge