# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-MC-0020-MOC-DSC

| | |
|---|---|
| IN RE SUBPOENA TO KIA MOTORS AMERICA, INC., | )<br>)<br>) |
| CELGARD, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SK INNOVATION CO., LTD., | )<br>) |
| Defendant. | |

## ORDER

**THIS MATTER** is before the Court on Celgard, LLC's "Unopposed Motion to Place Document Under Seal" (document #20). For good cause shown, the Motion is **GRANTED**.

It is hereby **ORDERED** that Exhibit A to Celgard, LLC's "Opposition to Kia Motors America, Inc.'s Emergency Motion For A Protective Order" (document #19) be placed under seal. The document will remain under seal permanently or until otherwise ordered.

**SO ORDERED.**

Signed: March 31, 2014

David S. Cayer
United States Magistrate Judge